IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AARON READ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:25-cv-01215 |
| v. ) | |
| ) | Judge Crenshaw |
| METRO. GOV'T. OF NASHVILLE ) | Magistrate Judge Holmes |
| AND DAVIDSON COUNTY, ) | |
| ) | |
| Defendant. ) | |

## METROPOLITAN GOVERNMENT'S UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE AND CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE

The Metropolitan Government of Nashville and Davidson County ("Metropolitan Government") respectfully requests a 23-day extension of time, through March 6, 2026, to answer, plead, or otherwise respond to Plaintiff Aaron Read's complaint. As grounds, the Metropolitan Government was served with process on January 21, 2026, which makes February 11, 2026, its deadline to file a responsive pleading. Due to previously scheduled obligations in other litigation matters, including participation in oral argument before the Tennessee Supreme Court on February 12, 2026 (*Metro Gov't v. Lee, et al.*, Case No. M2023-01678-SC-R11-CV), additional time is needed to properly investigate the allegations and prepare a response to Plaintiff's complaint. And for the same reasons, the Metropolitan Government respectfully requests that the Initial Case Management Conference, set for February 18, 2026, (Doc. No. 4), be continued and reset to a date after the requested response deadline or as the Court sees fit.

Undersigned counsel has conferred with Plaintiff's counsel, who does not oppose the relief requested in this motion.

Respectfully submitted,

DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY

WALLACE W. DIETZ (#9949)
DIRECTOR OF LAW

*/s/ Melissa Roberge*
MELISSA ROBERGE (#26230)
  SENIOR COUNSEL
MICHAEL R. DOHN (#37535)
  ASSISTANT METROPOLITAN ATTORNEY
METROPOLITAN COURTHOUSE, SUITE 108
P.O. BOX 196300
NASHVILLE, TENNESSEE 37219
(615) 862-6341
melissa.roberge@nashville.gov
michael.dohn@nashville.gov
*Counsel for the Metropolitan Government*