**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **AARON READ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )     **No. 3:25-cv-01215** |
| **v.** | ) |
| | ) |
| **METROPOLITAN GOVERNMENT** | )     **Judge Crenshaw** |
| **OF NASHVILLE AND DAVIDSON** | )     **Magistrate Judge Holmes** |
| **COUNTY,** | ) |
| | ) |
| **Defendant.** | |

## NOTICE OF APPEARANCE

Nicholas D. Paniagua hereby gives notice of his appearance as counsel of record for

Defendant, the Metropolitan Government of Nashville and Davidson County.

Respectfully submitted,

DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
WALLACE W. DIETZ (#9949)
DIRECTOR OF LAW

*/s/ Nicholas D. Paniagua*
MELISSA ROBERGE (#26230)
   SENIOR COUNSEL
NICHOLAS D. PANIAGUA (DC BAR #90006217)
   ASSISTANT METROPOLITAN ATTORNEY
METROPOLITAN COURTHOUSE, SUITE 108
P.O. BOX 196300
NASHVILLE, TENNESSEE 37219
(615) 862-6341
melissa.roberge@nashville.gov
nick.paniagua@nashville.gov
*Counsel for the Metropolitan Government*