**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **AARON READ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:25-cv-01215** |
| **v.** | ) | |
| | ) | **Judge Crenshaw** |
| **METRO. GOV'T. OF NASHVILLE AND DAVIDSON COUNTY,** | ) | **Magistrate Judge Holmes** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>JOINT CASE RESOLUTION STATUS REPORT</u>**

Pursuant to Section F of the Initial Case Management Order (Doc. No. 15), the parties submit this report confirming their first substantive attempt at settlement. The Parties exchanged initial disclosures and Plaintiff has responded to Metro Nashville's first request for written discovery. Plaintiff recently served written discovery responses on Metro Nashville.

On July 29, 2026, counsel for Plaintiff conveyed a written initial demand to counsel for Defendant. That same day, counsel conferred by WebEx videoconference regarding their respective positions. The parties' respective figures remain materially apart, and counsel discussed the reasons for the gap and the additional discovery each believes necessary to narrow it. The Parties will continue to collaborate and discuss the possibility of settlement. They will confer about selecting a mediator in advance of the February 26, 2027 deadline.

Respectfully submitted,

/S/CODY JOHNSON W/PERMISSION NDP
CODY JOHNSON
TURKLAY LAW, PLLC
102 East Main St. Suite A
Lebanon, TN 37087
(629) 200-7774
cody@turklaylaw.com
*Attorney for Plaintiff*

*/s/ Nicholas D. Paniagua*
MELISSA ROBERGE (#26230)
SENIOR COUNSEL
NICHOLAS D. PANIAGUA (DC BAR #90006217)
ASSISTANT METROPOLITAN ATTORNEY
METROPOLITAN COURTHOUSE, SUITE 108
P.O. BOX 196300
NASHVILLE, TENNESSEE 37219
(615) 862-6341
melissa.roberge@nashville.gov
nick.paniagua@nashville.gov
*Counsel for the Metropolitan Government*