IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **AARON READ,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**METRO. GOV'T. OF NASHVILLE AND DAVIDSON COUNTY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No. 3:25-cv-01215**<br><br>**Judge Crenshaw**<br>**Magistrate Judge Hill** |

**<u>JOINT MOTION FOR ENTRY OF PROPOSED AGREED ORDER</u>**

The Parties move the Court for entry of the attached Proposed Agreed Order that 1) authorizes the release of Plaintiff's medical and employment records and 2) protects Plaintiff's privacy. The Parties agree that the records are discoverable, and protected under both federal and state law, making the entry of a protective order necessary. Accordingly, the Parties request that the Court enter the Proposed Agreed Order.

Respectfully submitted,

/S/CODY JOHNSON W/PERMISSION NDP
CODY JOHNSON
TURKLAY LAW, PLLC
102 East Main St. Suite A
Lebanon, TN 37087
(629) 200-7774
cody@turklaylaw.com
*Attorney for Plaintiff*

*/s/ Nicholas D. Paniagua*
MELISSA ROBERGE (#26230)
SENIOR COUNSEL
NICHOLAS D. PANIAGUA (DC BAR #90006217)
ASSISTANT METROPOLITAN ATTORNEY
METROPOLITAN COURTHOUSE, SUITE 108
P.O. BOX 196300
NASHVILLE, TENNESSEE 37219
(615) 862-6341
melissa.roberge@nashville.gov
nick.paniagua@nashville.gov
*Counsel for the Metropolitan Government*