**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **AARON READ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:25-cv-01215** |
| **v.** | ) | |
| | ) | |
| **METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**STIPULATION AND AGREED ORDER DISMISSING COUNT IV**

The parties have agreed to and the Court hereby finds and orders as follows:

1. Count IV of the Amended Complaint (Doc. No. 16) asserts a claim for First Amendment retaliation under 42 U.S.C. § 1983.
2. Claims under 42 U.S.C. § 1983 arising in Tennessee are governed by the one-year statute of limitations period of Tenn. Code Ann. § 28-3-104(a)(1)(B), which applies to "[c]ivil actions for compensatory or punitive damages, or both, brought under the federal civil rights statutes."
3. A claim for constructive discharge accrues when the employee gives notice of resignation. *Green v. Brennan*, 578 U.S. 547, 564 (2016).
4. The Amended Complaint alleges that Plaintiff resigned from employment with the Nashville Fire Department on April 15, 2024 (Doc. No. 16, ¶¶ 15–18), and the original Complaint (Doc. No. 1) was filed on October 20, 2025.
5. As Count IV is premised on a constructive discharge as the alleged adverse employment action (Doc. No. 16, at ¶ 48), the parties agree that it is barred by the applicable statute of limitations and that the defect cannot be cured by

amendment.

6. Count IV is **DISMISSED WITH PREJUDICE**, together with the allegations at paragraphs 46 through 52 of the Amended Complaint.

7. Counts I, II, and III remain pending. Nothing in this stipulation constitutes an admission by either party as to those counts.

8. Each party shall bear its own costs and fees associated with Count IV.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
United States District Judge

APPROVED FOR ENTRY:

*/s/ Cody Johnson w/ permission NDP*
Cody Johnson (#37568)
TURKLAY LAW, PLLC
Attorney for Plaintiff
102 East Main St. Suite A
Lebanon, TN 37087
(629) 200-7774
cody@turklaylaw.com
*Counsel for Aaron Read*

DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY

TYLER CHANCE YARBRO (#23553)
DIRECTOR OF LAW

*/s/ Nicholas D. Paniagua*
MELISSA ROBERGE (#26230)
SENIOR COUNSEL
NICHOLAS D. PANIAGUA (DC BAR #90006217)
ASSISTANT METROPOLITAN ATTORNEY
METROPOLITAN COURTHOUSE, SUITE 108
P.O. BOX 196300
NASHVILLE, TENNESSEE 37219
(615) 862-6341
melissa.roberge@nashville.gov
nick.paniagua@nashville.gov
*Counsel for the Metropolitan Government*