**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **AARON READ,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**METRO. GOV'T. OF NASHVILLE AND DAVIDSON COUNTY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 3:25-cv-01215**<br>**Judge Crenshaw**<br>**Magistrate Judge Hill**<br>**JURY DEMAND** |

---

**JOINT MOTION TO MODIFY INITIAL CASE MANAGEMENT ORDER**

---

Plaintiff respectfully moves, pursuant to Federal Rule of Civil Procedure 16(b)(4) and the provisions of the Initial Case Management Order, for a modest modification of certain case-management deadlines. In support, Plaintiff states as follows:

1. The Court entered the ICMO on March 17, 2026. Under Section G, all written discovery and fact-witness depositions must be completed, and all discovery disputes presented to the Court, by October 30, 2026. Final written discovery was required to be served by August 17, 2026. ICMO § G, at 3–4.
2. The Parties request that the deadline to complete fact-witness depositions of Toon, Smith, Schroeder be extended to December 18, 2026. They further request that the discovery dispute deadline be extended, until January 8, 2027.
3. Good cause exists for this narrowly tailored extension. Metro Nashville promptly served written discovery on June 5, 2026 and Plaintiff responded. Plaintiff served written discovery on July 22, 2026 and Metro Nashville has responded. Counsel have worked to review the resulting materials and to address the treatment of confidential medical and

personnel information through negotiations over a protective order. Those issues bear directly on the records available for preparation and use in examinations of fact witnesses.

4. On October 9, 2026, Plaintiff requested to take the depositions of Toon, Smith, and Schroeder. Because of counsels' schedules, the depositions could not occur before October 30, 2026. The Parties are coordinating the remaining depositions and jointly request the additional time necessary to complete them in an orderly manner. Plaintiff's deposition occurred on October 23, 2026..

5. This modification would not reopen written discovery, or change any expert, mediation, dispositive-motion, or trial-related deadline. The Parties' continuing duties under Rule 26(e), and the in-person conferral and joint-dispute procedures in Section G, would remain in effect. The limited extension is agreed and would not unfairly prejudice either Party.

6. COMPLETE CASE-MANAGEMENT SCHEDULE. As required by Section M of the ICMO, the following includes both affected and unaffected deadlines:

| **Case-management event** | **Deadline / Status** |
|---|---|
| Initial Rule 26(a)(1) disclosures | April 1, 2026 — unchanged |
| Motions to amend pleadings or add parties | July 31, 2026 — unchanged |
| First substantive settlement attempt / joint report | August 3, 2026 — unchanged |
| Final written discovery served | August 17, 2026 — unchanged |
| Written discovery completed | October 30, 2026 — unchanged |

| | |
|---|---|
| Written-discovery disputes presented | Currently–October 30, 2026<br>**Proposed–January 8, 2027** |
| Plaintiff's expert disclosures and reports | December 11, 2026 — unchanged |
| Fact-witness depositions | Currently–October 30, 2026<br>**Proposed–December 18, 2026** |
| Disputes from fact depositions held after October 30 | Currently–October 30, 2026<br>**Proposed–January 8, 2027** |
| Defendant's expert disclosures and reports | January 14, 2027 — unchanged |
| Notice identifying mediator and mediation date | February 12, 2027 — unchanged |
| Mediation completed | February 26, 2027 — unchanged |
| Mediation report / second case-resolution report | Within two business days after mediation |
| Expert depositions completed | March 1, 2027 — unchanged |
| Dispositive motions filed | April 15, 2027 — unchanged |
| Responses to dispositive motions | Within 28 days after filing |
| Optional dispositive-motion replies | Within 14 days after response |
| Jury trial (estimated five days) | Not set; targeted no earlier than September 28, 2027 |
| Final pretrial conference / pretrial obligations | To be established by separate order |

7. Section N of the ICMO identifies a jury trial of approximately five days, targeted no earlier than September 28, 2027; no trial date has been set. The dispositive-motion filing deadline remains April 15, 2027, with responses due within 28 days and optional replies within 14 days thereafter. Assuming a dispositive motion is filed on April 15, 2027, the

ordinary deadline for its optional reply would be May 27, 2027—124 days before September 28, 2027. Counsel therefore represent that the requested modification will not cause any dispositive-motion deadline, including response and reply deadlines, to fall later than 120 days before the earliest targeted trial date. See ICMO §§ K, M–N, at 5–7.

8. The Parties submit this joint motion in compliance with Section M's requirement that a motion to modify be filed at least seven days before the earliest affected deadline. They request entry of the accompanying proposed Agreed Order modifying Section G only, with every other provision of the ICMO remaining in force.

**WHEREFORE**, the Parties respectfully request that the Court grant this Joint Motion, extend the deadline for fact-witness depositions through December 18, 2026, permit discovery disputes to be brought to the Court's attention by January 8, 2027, and leave all other deadlines and requirements of Docket No. 15 unchanged.

Respectfully submitted,


*/s/ Cody R. Johnson*
Cody R. Johnson
Turklay Law, PLLC
102 E. Main Street
Suite A
Lebanon, TN 37087
629-200-7774
cody@turklaylaw.com
*Attorney for Plaintiff*

*/s/ Melissa Roberge (SWP)*
Melissa Roberge
Senior Counsel
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
melissa.roberge@nashville.gov
*Attorney for Metro*


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 23rd day of October, 2026, a true and correct copy of the foregoing has been forwarded via the Courts electronic filing system to:

MELISSA ROBERGE (#26230)
SENIOR COUNSEL
NICHOLAS D. PANIAGUA (DC BAR #90006217)
ASSISTANT METROPOLITAN ATTORNEY
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
melissa.roberge@nashville.gov
nick.paniagua@nashville.gov
Counsel for Defendant Metro Nashville

*/s/ Cody Johnson*
CODY JOHNSON